Frank Fitzgibbon, Appellant, v. The Erie Railroad Company, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Charles F. Fitzpatrick, Appellant, v. Naushon Company, Respondent. — Order affirmed, with ten dollars costs and disbursements.   No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Annie Fried, Respondent, v. Nathan Becher, Appellant. — Order affirmed, without costs, with leave to defendant to withdraw his demurrer and answer within twenty days upon payment of all costs, except the costs of this appeal, to be taxed on notice.   No opinion.   Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Alicia Herrmann, Respondent, v. Harry Herrmann, Appellant.— Judgment affirmed.   There is no exception in the case which presents a question for review in this court.   Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

Emil Hoefle, as Trustee, etc., and Others, Appellants, v. American Laundry Machinery Manufacturing Company, Respondent.— Order of the Special Term of January 14, 1914, affirmed, with ten dollars costs and disbursements.   No opinion.   Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

In the Matter of the Judicial Settlement of the Final Account of William H. Boyer, as Sole Surviving Trustee of the Estate of Charles W. Darling, Deceased.— Decree of the Surrogate's Court of Suffolk county affirmed, with costs payable out of the estate.   No opinion.   Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

In the Matter of the Application of David V. Moore and Michael F. Skane, Electors and Taxpayers of the Town of Beekman, Dutchess County, N. Y., Appellants, for Resubmission, etc., of the Local Option Questions under Section 13 of the Liquor Tax Law of the State of New York.*   Henry D. Slocum and Others, Respondents.— Order reversed and resubmission ordered, with ten dollars costs and disbursements, on the ground that the question of local option could not be legally submitted under the Liquor Tax Law where the notice of a meeting for Tuesday was not published till the previous Saturday.   The requirement of at least five days' prior publication is mandatory.   (*Matter of Town of Livingston*, 189 N. Y. 549; 23 Cyc. 99.)   Although the conduct of the election is not complained of and the ballots showed a general expression by the town electors, this failure in the length of time of publication made the vote cast wholly void and requires a resubmission.   Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

In the Matter of the Application of John Stuart, Appellant, to Compel Louis Mathot, an Attorney and Counselor at Law, etc., Respondent, to Pay Over Certain Moneys.— Order affirmed, with ten dollars costs and

---

* See Consol. Laws, chap. 34 (Laws of 1909, chap. 39), § 13, as amd. by Laws of 1910, chap. 485.— [REP.